# United States District Court
**EASTERN DISTRICT OF TEXAS**
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:05cr78 |
| | § | (Judge Schell) |
| RICHARD ALLEN MCFADDEN | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of twenty-three (23) months with no supervised release to follow. This sentence shall be served consecutively to any sentence of imprisonment the Defendant is currently serving. The Court recommends that Defendant be housed in the Bureau of Prisons, Seagoville Unit. It is further

**ORDERED** that the defendant pay restitution in the amount of $7,304.81 to Lowe's, 1255 L. Loop 288, Denton, TX 76208; North Star Band (J.P. Morgan Chase), PO Box 2003, Elgin, IL 60121-2003; Household Bank, 6602 Convoy Court, San Diego, CA 92111, F&M State Bank (First United Bank & Trust) 1517 Center Place Drive, Suite 100, Denton, TX 76205; Mark's Beer Barn,

2335 W. Prairie, Denton, TX 76201; Woodforest Bank, 25231 Grogan Mill Road, The Woodland, TX 77380; Mr. Payroll, 1600 W. 7th Street, Fort Worth, TX 76102, and University Computers, 111 East University, Suite 100, Denton, TX 76209. The restitution is due immediately, payable by cashier's check or money order, to the United States District Court and forwarded to the United States District Clerk's Office, PO Box 570, Tyler, Texas 75710.

**SIGNED this the 17th day of September, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE